UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
         v.                        : Criminal No.. 07 - 227
                                   : Mag No. 07-358
JANNAZZO DAMONE BOYD,              : Violations:
         Defendant.                : 21 U.S.C. § 846
                                   : (Conspiracy to Distribute and Possess
                                   :  with Intent to Distribute One
                                   :  Kilogram or More of Phencyclidine)

## INFORMATION

**FILED**

**SEP 0 7 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States Attorney charges:

### COUNT ONE

From on or about sometime in August 1, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including at least June 21, 2007, in the District of Columbia, the District of Maryland, the Northern District of Georgia, the Eastern District of Missouri, the Central District of California, and elsewhere, **JANNAZZO DAMONE BOYD,** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with LONNELL G. GLOVER, VELMA WILLIAMS, also known as MA, also known as "MOTHER," JOHN SMITH, also known as "SMITTY," HERBERT FRANCIS YOUNG, CORNELL ANTHONY GLOVER, also known as "TONY," COOLERIDGE BELL, also known as "COOLRIDGE BELL," also known as "CARLTON BELL, CHARLES GLADDEN, also known as "BOONE," DANIEL MAURICE THOMPSON, HENRY BROWN, also known as "HB," LESLIE WOOD, also known as "DIAMOND," CHRISTIAN DONALDSON, DIANE HOLMES, JAMES TAYLOR, JEROME HAMPTON, also

Case Related To ___07-153___

*(stamp: ELLEN SEGAL HUVELLE, ESH  A)*

known as "JAY," JOE BROWN, JR., also known as "PUMPKIN," JOHN WASHINGTON, also known as "HEAD," also known as "HEADS," RONALD COOK, LENA BROWN, JOHN FRANKLIN CRUM, ANTHONY MAURICE SUGGS, also known as "APPLEJACK," JULIAN JOHNSON, also known as "JUJU," also known as "JU," JAMES LAWRENCE PARKER, also known as "YOGI," ERNEST MILTON GLOVER, also known as "FISH," GLENDALE EARL LEE, also known as "GLEN," HELERY PRICE, also known as "BROTHER," co-conspirators not charged herein, and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and distribute a mixture and substance containing a detectable amount of phencyclidine, a Schedule I controlled substance, and the quantity of said mixture and substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iv).

(Conspiracy to Possess With Intent to Distribute and to Distribute One Kilogram or More of Phencyclidine, in violation of Title 21, United States Code, Section 846)

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        Bar No. 498610

BY: *William O'Malley /JKH*
        WILLIAM J. O'MALLEY, JR.
        Assistant United States Attorney
        Organized Crime and Narcotics Trafficking
        Bar No. 166991
        555 4th Street, N.W.; Room 4810
        Washington, DC 20530
        (202) 305-1749