IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| v. | ) Case No. 07-0227-01 (ESH) |
| | ) |
| **JANNAZZO DAMONE BOYD,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Undersigned counsel, hereby enters his appearance on behalf of the defendant in this case.

Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

"/s/"
———————————————
A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500