AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

─────── DISTRICT OF ───────

**FILED**
OCT 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Jannazzo D. Boyd

## WAIVER OF INDICTMENT

CASE NUMBER: 07-227

I, Jannazzo D. Boyd, the above named defendant, who is accused of

21 USC 846

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/22/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer