CO-526
(04/06)

**FILED**

OCT 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## UNITED STATES OF AMERICA

**vs.**

Jannazzo Damone Boyd

**Defendant**

Criminal No. _07-227_

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_____
**Defendant**

_____
**Counsel for defendant**

I consent:

_____
**United States Attorney**

Approved:

_____
**Judge Ellen Segal Huvelle**