UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Cr. No. 07-227 (EGS) |
| **JANNAZZO DAMONE BOYD,** | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION TO EXTEND
DATES FOR DISCLOSURE OF THE PRESENTENCE REPORT**

Defendant, Jannazzo Damone Boyd, for the reasons set forth below, respectfully requests that the dates for the disclosure of the presentence report ("PSR") in his case be extended, but that the date currently set for sentencing, January 17, 2008 at 9:30 a.m., be retained. Undersigned counsel has spoken to Assistant United States Attorney William J. O'Malley, who stated that he does not oppose this motion. Undersigned counsel has also spoken with United States Probation Officer Deborah Stevens-Panzer, who agrees with the dates set forth in this motion.

Defendant, represented by current counsel, pleaded guilty on October 22, 2007, to a one-count information charging him with conspiracy to distribute, and to possess with intent to distribute, one kilogram or more of phencyclidine. As part of the plea agreement, the parties agreed that a ten-year sentence was an appropriate resolution of the case, pursuant to Fed. R. Crim. P.11(c)(1)(C). The court set sentencing for January 17, 2008, and issued a scheduling order regarding disclosure of the PSR to the parties and the court.

Defendant was originally represented by CJA counsel, and undersigned counsel was

subsequently appointed.  At the initial PSR interview, defendant requested more time to consult with new counsel, so the interview was postponed.  Counsel subsequently met with defendant, and the PSR interview with the Probation Officer was conducted on December 5th.

In light of the brief delay, new dates are requested for disclosure of the presentence report:

> Disclosure from Probation to Parties:  December 20, 2007
>
> Objections by Parties to Probation:   January 7, 2008
>
> Final Report to Court:   January 10, 2008
>
> Sentencing:   January 17, 2008

The latter two dates remain unchanged - - the only adjustment is to the first two dates.

Under all the circumstances, defendant respectfully requests the court approve the proposed new dates, which are acceptable to the parties.

> Respectfully submitted,
>
> "/s/"
> _____
> A.J. KRAMER
> FEDERAL PUBLIC DEFENDER
> 625 Indiana Avenue, NW
> Suite 550
> Washington, DC  20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Cr. No. 07-227 (EGS) |
| **JANNAZZO DAMONE BOYD,** | : | |
| **Defendant.** | : | |

## ORDER

Defendant's motion to extend the time for disclosure of the presentence report ("PSR") is granted. The draft of the PSR is to be disclosed to the parties by the Probation Officer by December 20, 2007, and objections by the parties are due to the Probation Officer by January 7, 2008. The PSR shall be due to the Court on January 10, 2008, and the sentencing date remains set for January 17, 2008.


DATED: December     , 2007

ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE