UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr. No. 07-227 (EGS) |
| JANNAZZO DAMONE BOYD, | : | |
| Defendant. | : | |

FILED

DEC 07 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Defendant's motion to extend the time for disclosure of the presentence report ("PSR") is granted. The draft of the PSR is to be disclosed to the parties by the Probation Officer by December 20, 2007, and objections by the parties are due to the Probation Officer by January 7, 2008. The PSR shall be due to the Court on January 10, 2008, and the sentencing date remains set for January 17, 2008.

DATED: December 7, 2007

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE