UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-227-01</u> |
|---|---|---|
| vs. | : | SSN: |
| Boyd, Jannazzo | : | Disclosure Date: <u>December 14, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(X)     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                  _____
Prosecuting Attorney                                                         Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| Defendant | Date | Defense Counsel | Date |

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 28, 2007** to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1401** fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:     Gennine A. Hagar, Acting Chief
        United States Probation Officer